# United States Bankruptcy Court
## District of South Carolina

IN RE:

Miracyle Christina Thompson
600 W Washington St #1054
Greenville, SC  29601

CASE NO.: 18-01938-hb
CHAPTER 13

DEBTOR

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0717142 in the amount of $1,142.08 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Reason for Return | Amount |
| --- | --- | --- |
| Miracyle Christina Thompson | Unable to Locate | $ 1,142.08 |

Date: 12/27/2019

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |